**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| JOHN MICHAEL MORENO (01)<br>STEPHANIE MORQUECHO (02)<br>EDGAR CORONA-CABRERA (03)<br>MAXIMILIANO GARCIA-GONZALEZ (04)<br>ARTURO LARA (05) | 4-21CR-057-0 |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2020, and continuing until on or about January 5, 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **John Michael Moreno, Stephanie Morquecho, Edgar Corona-Cabrera, Maximiliano Garcia- Gonzalez** and **Arturo Lara**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

PRERAK SHAH
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

Indictment - Page 2

10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JOHN MICHAEL MORENO (01)
STEPHANIE MORQUECHO (02)
EDGAR CORONA-CABRERA (03)
MAXIMILIANO GARCIA-GONZALEZ (04)
ARTURO LARA (05)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 10th day of March, 2021.

**Defendant Moreno, Corona-Cabrera, Garcia-Gonzalez and Lara in Federal Custody since January 5, 2021; Defendant Morquecho on Pretrial Release.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:21-MJ-006-BJ